FRANK R. CHIMIENTI, State Bar No. 235982
CHIMIENTI LAW FIRM, P.C.
1100 WILSHIRE BLVD, SUITE 2512
Los Angeles, California  90017
Telephone: (310) 800-0067
Facsimile: (866) 538-4276

Attorneys for Defendants
Frank Chimienti, Pasqua Chimienti and
James Thompson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MORALES,<br><br>            Plaintiff,<br><br>       v.<br><br>FRANK CHIMIENTI, ET AL.,<br><br>            Defendants. | Case No. 1-11-CV-00503-OWW-SKO<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

   WHEREAS, defendants require additional time to obtain an accessibility report at the subject property;

   WHEREAS, defendants and plaintiff require additional time to pursue settlement negotiations;

   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that defendants Frank Chimienti, Pasqua Chimienti and James Thompson, shall have an extension of time to and including Wednesday, May 31, 2011, by which to file and serve a response to the initial complaint in the above-entitled action.

//

| | |
|---|---|
| Dated: May 6, 2011 | CHIMIENTI LAW FIRM, PC |
| | |
| | By  /s/ Frank R. Chimienti |
| | Frank R. Chimienti |
| | Attorneys for Defendants Frank Chimienti, Pasqua Chimienti and James Thompson |
| | |
| Dated: May 6, 2011 | MOORE LAW FIRM, PC |
| | |
| | By /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff John Morales |

**ORDER**

IT IS SO ORDERED.

Dated: **May 6, 2011**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2         STIPULATION AND ORDER
CV-00503-OWW-SKO