1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   John Morales
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | JOHN MORALES,              )  No.  1:11-CV-00503-OWW-SKO
12 |                            )
   |         Plaintiff,         )  **STIPULATION FOR DISMISSAL OF**
13 |                            )  **ACTION; ORDER**
   |    vs.                     )
14 |                            )
   | FRANK CHIMIENTI, et al.,   )
15 |                            )
   |         Defendants.        )
16 |                            )
   |                            )
17 |_____)

18      IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants

19 Frank Chimienti, Pasqua Chimienti and James Thompson, the parties to this action, by and

20 through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

22 Date: June 10, 2011                        MOORE LAW FIRM, P.C.

23

24
                                             /s/Tanya E. Moore
25                                           Tanya E. Moore
                                             Attorney for Plaintiff John Morales
26

27

28


*Morales v. Chimienti, et al.*
Stipulation for Dismissal
                              Page 1

| | |
|---|---|
| Date: June 10, 2011 | CHIMIENTI LAW FIRM, P.C. |
| | /s/ Frank R. Chimienti |
| | Frank R. Chimienti, Attorneys for Defendants Frank Chimienti, Pasqua Chimienti, and James Thompson |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: **June 10, 2011**         **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE

*Morales v. Chimienti, et al.*
Stipulation for Dismissal

Page 2